UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62796-CIV-ALTONAGA/O'Sullivan

CHRISTOPHER HANSEN, an individual,

        Plaintiff,

v.

VETTORI, L.L.C.,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, CHRISTOPHER HANSEN, and Defendant, VETTORI, L.L.C., having entered into a Confidential Settlement Agreement thereby resolving the claim brought in the above-referenced Action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*.

Dated this May 5, 2015.

| | |
|---|---|
| *Attorney for Plaintiff*, | *Attorney for Defendant* |
| s/Lauren Wassenberg | s/Kenneth Minerley |
| Fl Bar No. 34083 | Fl Bar No. 521840 |
| LAUREN WASSENBERG, ESQ. | Kenneth Minerley, ESQ. |
| 429 Lenox Ave., Suite P-503 | 1200 N. Federal Hwy Ste 420 |
| Miami Beach, FL 33139 | Boca Raton, FL 33432 |
| Ph. 305-804-5435 | Ph: 561-362-6699 |

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on this 4th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          By: s/ Lauren Wassenberg
                                              Lauren Wassenberg, Esq.
                                              Florida Bar No.: 34083